UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PATRICK T. REED,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　　　　　Defendant. | Case No. 10-5910 RBL-KLS<br><br>REPORT AND RECOMMENDATION |

This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule MJR 4(a)(4) and as authorized by <u>Mathews, Secretary of H.E.W. v. Weber</u>, 423 U.S. 261 (1976). This matter is before the Court on the stipulated motion for remand. (ECF #28). After reviewing the parties' stipulated motion and the remaining record, the undersigned recommends that the Court grant the parties' motion, and remand this matter to the Commissioner for further proceedings.

This Court recommends that on remand to the Commissioner of Social Security, the Appeals Council will remand this case to the Administrative Law Judge (ALJ) to:

1) Evaluate and further develop the medical opinions of record, including those of Michael L. Brown, Ph.D.; and Silverio Arenas, Jr., Ph.D.;

2) Evaluate and further develop the opinions of Robert R. Pingree, L.M.H.C.; and William Grimberg, L.M.H.C.;

3) Re-evaluate Plaintiff's residual functional capacity (RFC) as necessary;

REPORT AND RECOMMENDATION - 1

4) Re-evaluate whether Plaintiff's work as a fertilizer mixer constituted past relevant work, or whether it was an unsuccessful work attempt; and

5) In light of the Plaintiff's re-evaluated RFC, and re-evaluated past relevant work history, evaluate Plaintiff's ability to perform any past relevant work, or, as necessary, other work that exists in significant numbers in the national economy, obtaining vocational expert testimony if necessary.

The ALJ will offer Plaintiff an opportunity for a de novo hearing. Plaintiff may also present new arguments and further medical evidence, if such evidence becomes available.

Given the fact of the parties' stipulation, the Court recommends that the District Judge immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED.** A proposed order accompanies this Report and Recommendation.

DATED this 23rd day of June, 2011.

Karen L. Strombom
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2