UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PATRICK T. REED,

                Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

                Defendant.

Case No. 10-5910 RBL-KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the court on the Report and Recommendation of Magistrate Judge Karen L. Strombom [ECF #29] recommending that this case be remanded, based on the stipulation of the parties [ECF #28]. It is therefore ORDERED

(1) The Court ADOPTS the Report and Recommendation;

(2) The Court REVERSES and REMANDS for further administrative proceedings; and

(3) The Clerk shall direct copies of this Order to all Counsel and Judge Strombom.

IT IS SO ORDERED

DATED this 24th day of June 2011.

                                              /s/ Ronald B. Leighton
                                              RONALD B. LEIGHTON
                                              UNITED STATES DISTRICT JUDGE

.

REPORT AND RECOMMENDATION - 1

REPORT AND RECOMMENDATION - 2